```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09676
   MARIE DARAMOLA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8097

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/09/2006 and was confirmed 10/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 02/09/2009.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    19309.00          3111.36        4322.80
CAPITAL ONE AUTO FINANCE  UNSECURED          432.12             .00           43.21
ROUNDUP FUNDING LLC       UNSECURED          144.94             .00           14.49
CAPITAL ONE               UNSECURED         1021.85             .00          102.19
CAPITAL ONE               UNSECURED          495.26             .00           49.53
CAPITAL ONE               UNSECURED          330.21             .00           33.02
COMCAST                   UNSECURED        NOT FILED            .00             .00
DIRECT CHARGE             UNSECURED          213.81             .00           21.38
GE MONEY BANK/WALMART     UNSECURED          478.43             .00           47.84
GINNYS                    UNSECURED          197.12             .00           19.71
ECAST SETTLEMENT CORP     UNSECURED         2524.47             .00          252.45
ECAST SETTLEMENT CORP     UNSECURED         1321.47             .00          132.15
ECAST SETTLEMENT CORP     UNSECURED          693.59             .00           69.36
ECAST SETTLEMENT CORP     UNSECURED          271.02             .00           27.10
ADVENTIST HINSDALE HOSPI  UNSECURED        NOT FILED            .00             .00
MERRICK BANK              UNSECURED         1048.41             .00          104.84
MONTGOMERY WARD           UNSECURED        NOT FILED            .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
ROUNDUP FUNDING LLC       UNSECURED          528.63             .00           52.86
CAPITAL ONE               UNSECURED         3233.25             .00          323.33
CAPITAL ONE               UNSECURED             .00             .00             .00
ROUNDUP FUNDING LLC       UNSECURED             .00             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED             .00             .00             .00
SEVENTH AVENUE            UNSECURED          322.47             .00           32.25
RJM ACQUISITIONS          FILED LATE         107.08             .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           273.32             .00          273.32
ILLINOIS DEPT OF REVENUE  UNSECURED           57.09             .00            5.71

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09676 MARIE DARAMOLA
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,324.00                   2,324.00
TOM VAUGHN                TRUSTEE                                     818.10
DEBTOR REFUND             REFUND                                         .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   12,181.00

PRIORITY                                         273.32
SECURED                                        4,322.80
    INTEREST                                   3,111.36
UNSECURED                                      1,331.42
ADMINISTRATIVE                                 2,324.00
TRUSTEE COMPENSATION                             818.10
DEBTOR REFUND                                       .00
                         ---------------  ---------------
TOTALS                    12,181.00           12,181.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 03/05/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE